## 31443. PICO, INC. v. MICKEL et al.

PER CURIAM.
Certiorari was granted in this case to determine whether plaintiff's judgment should be limited to one enforceable against the property described in the deed to secure debt. Respondents have conceded that the judgment should be so limited. Thus understood, the decision of the Court of Appeals is affirmed.
*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 8, 1976 — DECIDED JANUARY 6, 1977 —
REHEARING DENIED JANUARY 27, 1977.

*Arnall, Golden & Gregory, H. Fred Gober, Edward S. Sams, Timothy R. Askew, Jr.,* for appellant.
*Hansell, Post, Brandon & Dorsey, Jule W. Felton, Jr., Paul Oliver,* for appellees.